IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHARLES DUNBAR,**

    **Plaintiff,**

v.                                          CASE NO. 1:12-cv-275-RS-GRJ

**FLORIDA PENINSULA
INSURANCE CO., et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on February 4, 2013.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE**